Date: 03/29/2012

# VOUCHER FOR CLERK OF COURT FOR TURNOVER CLAIMS IN CLOSED CASES

Case # : 06-40544

FILED
U.S. Bankruptcy Court
Western District of NC

Debtors:  MICHAEL DWAYNE PRESNELL        VIRGINA BROWN PRESNELL        APR - 2 2012
1114 North Rollingbrook Court        1114 North Rollingbrook Court
KINGS MOUNTAIN, NC  28086        KINGS MOUNTAIN, NC  28086

Steven T. Salata, Clerk
Charlotte Division

Account Number:

Creditor Information:  HSBC Auto Finance ? PO Box 560284 ? Dallas ? TX ? 75356-0000

Amount of Turnover:  $110.52        94-Dsb Ck-Crdtr Prin

**Total Turnover Amount:  $110.52**