Date: 03/01/2012

# VOUCHER FOR CLERK OF COURT FOR TURNOVER CLAIMS IN CLOSED CASES

Case # : 06-40544

Debtors: MICHAEL DWAYNE PRESNELL   VIRGINA BROWN PRESNELL
1114 North Rollingbrook Court    1114 North Rollingbrook Court
KINGS MOUNTAIN, NC 28086    KINGS MOUNTAIN, NC 28086

FILED
U.S. Bankruptcy Court
Western District of NC

MAR -7 2012

Steven T. Salata, Clerk
Charlotte Division

Account Number:

Creditor Information:  HSBC Auto Finance ? PO Box 560284 ? Dallas ? TX ? 75356-0000

Amount of Turnover: $1.822.96          94-Dsb Ck-Crdtr Prin

**Total Turnover Amount: $1,822.96**